UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TALIA WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-00318-CV-W-JAM-SSA |
| | ) |
| MARTIN O'MALLEY, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the Court is Defendant's Motion to Reverse and Remand. (Doc. 11) Plaintiff does not oppose Defendant's request. (Doc. 12) Accordingly, it is

ORDERED that Defendant's motion is granted. The Commissioner's decision is reversed and remanded, pursuant to 42 U.S.C. § 405(g), Sentence Four, for further consideration and development of the record. It is further

ORDERED that upon entry of a final judgment, the appeal period will begin which determines the thirty-day period during which a timely application for attorney's fees may be made under the Equal Access to Justice Act, 28 U.S.C. § 2412.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE